```
                          FILED

                       2002 SEP -6  A 8: 02

                       CLERK, US DIST. COURT
                       EASTERN DIST. OF CALIF

                       BY_____
                              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT TARR, ) | No. CV-F-02-5745 REC/LJO |
| ) | |
| ) | ORDER DENYING PAUL BELL'S EX |
| ) | PARTE APPLICATION TO JOIN AS |
| Plaintiff, ) | PLAINTIFF |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| CRAIG PHILLIPS, et al., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 30, 2002, Paul Bell filed an "Ex Parte Motion to Join as Plaintiff in this Case".

Citing Rule 19, Federal Rules of Civil Procedure, Bell contends that he should be joined as a plaintiff in this action because:

> It appears in the Complaint and Defendants response that Paul Bell is involved in this action because of a contract made with Gilbert Tarr to assist him as counsel. this [sic] contract seems to be the fundamental cause of the violation of Plaintiff Tarr's constitutional rights and therefore Paul Bell is indispensable in this action and is a party of interest.

1



1     The court denies this ex parte motion. Gilbert Tarr has no
2 Sixth Amendment right to be represented by a non-lawyer. <u>United</u>
3 <u>States v. Kelley</u>, 539 F.3d 1199, 1201-1203 (9th Cir. 1976). Paul
4 Bell cites no valid authority that he, as a non-lawyer, has a
5 constitutional or legal right to represent Gilbert Tarr in the
6 underlying criminal proceedings and the court is aware of no such
7 authority.

8     ACCORDINGLY, IT IS ORDERED that Paul Bell's "Ex Parte Motion
9 to Join as Plaintiff in this Case" is denied.

10 Dated: Sept 5, 2002

11                                         ROBERT E. COYLE
12                               UNITED STATES DISTRICT JUDGE

tel

United States District Court
for the
Eastern District of California
September 6, 2002

* * CERTIFICATE OF SERVICE * *

1:02-cv-05745

Tarr

   v.

Phillips

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 6, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

       REC LJO
Gilbert Tarr
P O Box 871
39144 North Drive
Lebec, CA  93243

Andreas O Garza
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Mark L Nations
Kern County Counsel
1115 Truxtun Avenue
Fourth Floor
Administration and Courts Building
Bakersfield, CA  93301

                                  Jack L. Wagner, Clerk

                                  BY:
                                      Deputy Clerk