**FILED**

**JUDGMENT ENTERED**

9/11/02
Date

by _____
Deputy Clerk

U.S. District Court
Eastern District of California

✓ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

GILBERT TARR,

    Plaintiff,

vs.

CRAIG PHILLIPS, et al.,

    Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-02-5745 REC/LJO

    DECISION BY COURT: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that Defendants' motions to dismiss are granted. JUDGMENT IS ENTERED for Defendants and against Plaintiff.

DATED: 9/11/02

JACK L. WAGNER, Clerk

By: _____
Deputy Clerk

jgm.civ
2/1/95



```
                                                                    lr
                    United States District Court
                              for the
                    Eastern District of California
                         September 11, 2002


                    * * CERTIFICATE OF SERVICE * *
                         Entry on Civil Docket


                                                    1:02-cv-05745

    Tarr

        v.

    Phillips

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on September 11, 2002,  I SERVED and ENTERED on the civil docket a
true and correct copy(ies) of the attached, by placing said copy(ies) in
a postage paid envelope addressed to the person(s) listed below, by
depositing said envelope in the U.S. Mail, by placing said copy(ies)
into an inter-office delivery receptacle located in the office of the Clerk,
or, pursuant to prior authorization by counsel, via facsimile.


        Gilbert Tarr                            REC LJO
        P O Box 871
        39144 North Drive
        Lebec, CA   93243

        Andreas O Garza
        Attorney General's Office
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550

        Mark L Nations
        Kern County Counsel
        1115 Truxtun Avenue
        Fourth Floor
        Administration and Courts Building
        Bakersfield, CA   93301
```